# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FIORDALIZA GUZMAN,

Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,

Defendant.

-----------------------------------------------------------X

IN RE COURT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/13/2020

19 **CIVIL** 3798 (GWG)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 13, 2020, that this action be, and hereby is, remanded

to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.

**Dated:** New York, New York
February 13, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/13/20 20